```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.<br>　　　　　Plaintiffs,<br>　　vs.<br>ADVANCE CAD GRAPHICS, a California corporation<br>　　　　　Defendant. | NO.  C 09 5551 EDL<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for March 2, 2010 be continued to June 22, 2010 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: February 24, 2010　　　　　　　_Elizabeth D. Laporte_____
　　　　　　　　　　　　　　　　　　Honorable Judge Elizabeth D. Laporte

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE