1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE AUTOMOTIVE )     NO.  C 09 5551 EDL
   INDUSTRIES, et al.                  )
12                      Plaintiffs,    )     ORDER TO CONTINUE CASE
                                       )     MANAGEMENT CONFERENCE
13          vs.                        )
                                       )
14 ADVANCE CAD GRAPHICS, a California  )
   corporation                        )
15                                     )
                                       )
16                                     )
                     Defendant.        )
17 _____ )

18          IT IS ORDERED that the Case Management Conference in this

19 case set for March 2, 2010 be continued to June 22, 2010 at 10:00 a.m.

20 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

21 Dated: _February 24, 2010_        _Elizabeth D. Laporte_____
                                      Honorable Judge Elizabeth D. Laporte
22

23

24

25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE